THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EWAN HENRY, Appellant. [853 NYS2d 894]—

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Contrary to the defendant's contention, the complainant's testimony was not incredible as a matter of law (*see People v Almonte,* 23 AD3d 392 [2005]; *People v Davis,* 299 AD2d 420 [2002]). Further, resolution of issues of credibility is primarily a matter to be determined by the jury, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the

verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Skelos, J.P., Angiolillo, Leventhal and Belen, JJ., concur.